PER CURIAM.
Affirmed.
See opinion of the Supreme Court of Florida in the case of Marine Exhibition Corporation v. Harrison, Fla., So.2d *522 -, 1962. See also The Richard Store Company v. Florida Bridge & Iron, Fla. 1954, 77 So.2d 632; Phoenix Indemnity Co. v. Board of Public Instruction, Fla.App.1959, 114 So.2d 478; Gory v. White, Fla.App.1961, 129 So.2d 446; Quality Lime Products, Inc. v. Acme Paving Company, Fla.App.1961, 134 So.2d 42, and General Capital Corporation v. Adobe Brick and Supply Co., Fla.App. 1962, 138 So.2d 82.
KANNER, A. C. J., and SMITH and WHITE, JJ., concur.